IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RAY CHRIS MOBLEY,
    Plaintiff,

vs.                                    Case No. 5:09cv342/MCR/EMT

CCA CORRECTIONS CORPORATION OF
AMERICA, et al.,
    Defendants.
_____/

**O R D E R**

    This matter is before the court on Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2). Upon review of the motion and attached financial affidavit, the court concludes that Plaintiff has failed to provide sufficient information for the court to grant the motion. For example, in the affidavit of financial status, he indicates that he pays a monthly rental obligation of $400.00, but he provides incomplete information regarding the source of income from which he pays the obligation. In order to proceed with this case, Plaintiff must either pay the full filing fee of $350.00 or file a properly completed in forma pauperis application. If he chooses to submit a new in forma pauperis application, he should provide his best estimate of his monthly or yearly income so the court has sufficient information upon which to consider his eligibility to proceed in forma pauperis.

    Accordingly, it is **ORDERED**:

    1.    The clerk of court is directed to send Plaintiff a copy of the forms for non-prisoner pro se parties to request leave to proceed in forma pauperis. This case number shall be written on the forms.

    2.    Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED WITHOUT PREJUDICE**. Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall

pay the full $350.00 filing fee, or submit a motion to proceed in forma pauperis with a properly completed affidavit of financial status.

       3.      Failure to comply with this order may result in a recommendation of dismissal of this action.

**DONE AND ORDERED** this 26th day of October 2009.

                        /s/ *Elizabeth M. Timothy*
                        **ELIZABETH M. TIMOTHY**
                        **UNITED STATES MAGISTRATE JUDGE**