IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RAY CHRIS MOBLEY,
    Plaintiff,

vs.                                                Case No.: 5:09cv342/MCR/EMT
CCA CORRECTIONS CORPORATION OF
AMERICA, et al.,
    Defendants.
_____/

## O R D E R

        This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 11, 2012 (doc. 41).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

        Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

        Accordingly, it is now **ORDERED** as follows:

        1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

        2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to prosecute.

        **DONE AND ORDERED** this 13th day of February, 2012.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**